**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| ESTATE OF BETTY SIMS, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 5:24-cv-53 |
| v. | |
| FAITH FAMILY PRACTICE, LLC, et al., | |
| Defendants. | |

**O R D E R**

The parties filed a Joint Motion to Stay and seek to stay the parties' deadlines in this case pending resolution of Plaintiffs' motion for leave to amend. Doc. 50. Upon review, the Court **GRANTS** the Motion and **STAYS** the discovery deadlines, pending resolution of the motion for leave to amend. This stay will lift automatically upon issuance of an order on Plaintiffs' motion. The Court **DIRECTS** the parties to submit another proposed schedule within seven days of the Court's resolution of the motion for leave to amend.

**SO ORDERED**, this 13th day of April, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA