# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

ESTATE OF BETTY SIMS, BRANDY
HERRIN, LAVINIA SABATINO, DAVID
O'NEAL, and AARON SIMMONS,

    Plaintiffs,

    v.

FAITH FAMILY PRACTICE, LLC; FFP
SUB, LLC; and FREDDIE
HENDERSON,

    Defendants.

CV 5:24-053

## ORDER

Before the Court is a stipulation of dismissal, dkt. no. 56, wherein the parties notify the Court that Plaintiffs wish to dismiss all claims against Defendant Freddie Henderson. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' claims against Defendant Henderson are hereby **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate Henderson as a defendant in this action. Plaintiffs' claims against the other Defendants remain pending.

SO ORDERED, this 18 day of May, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA